UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JARNAIL SINGH DHINDSA,<br><br>  Plaintiff,<br><br>  v.<br><br>AVIS BUDGET GROUP, INC., et al.,<br><br>  Defendants. | Case No. 15-CV-05233-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Rattan Dhaliwal
Defendants' Attorneys: Amanda Fu (for Defendants Avis Budget Group, Inc., Dave McMillan, and Anna Livermore), Edward Tafe (for Defendant American Casualty Co. of Reading, Pennsylvania), and Amir Nassihi (for Defendant Ford Motor Co.)

An initial case management conference was held on February 3, 2016. A further case management conference is set for June 15, 2016, at 2:00 p.m. The parties shall file their joint case management statement by June 8, 2016.

By February 4, 2016, Defendants American Casualty Co. of Reading, Pennsylvania and Ford Motor Co. shall file on the federal court docket the answers that were previously filed in state court.

By February 10, 2016, Plaintiff Jarnail Singh Dhindsa shall file a First Amended Complaint clarifying which causes of action are asserted against which defendant. Plaintiff may not otherwise amend the complaint at this time. Defendants may file amended answers in response to the First Amended Complaint by February 17, 2016.

1

Case No. 15-CV-05233-LHK
CASE MANAGEMENT ORDER

The parties shall exchange initial disclosures by February 17, 2016.

The Court referred the parties to court-sponsored Early Neutral Evaluation with a deadline for completion of May 31, 2016.  The parties shall contact the Court's ADR program within 15 days of receiving this referral to identify a mutually acceptable evaluator and date.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | March 31, 2016 |
| Close of Fact Discovery | October 5, 2016 |
| Opening Expert Reports | October 26, 2016 |
| Rebuttal Expert Reports | November 16, 2016 |
| Close of Expert Discovery | December 7, 2016 |
| Last Day to File Dispositive Motions (one per party in the entire case) | January 5, 2017<br><br>Opposition due: January 26, 2017<br>Reply due: February 6, 2017 |
| Hearing on Dispositive Motions | February 23, 2017, at 1:30 p.m. |
| Final Pretrial Conference | April 27, 2017, at 1:30 p.m. |
| Jury Trial | May 9, 2017, at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05233-LHK
CASE MANAGEMENT ORDER