1  PATRICK H. HICKS, Bar No. 004632
   PHicks@littler.com
2  SANDRA J. MCMULLAN, Bar No. 264264
   SMcmullan@littler.com
3  AMANDA N. FU, Bar No. 254287
   AFu@littler.com
4  LITTLER MENDELSON, P.C.
   50 West San Fernando Street, 15th Floor
5  San Jose, CA 95113
   Telephone:   408.998.4150
6  Fax No.:     408.288.5686

7  Attorneys for Defendants
   AVIS BUDGET GROUP, INC., DAVE
8  MCMILLAN and ANNA LIVERMORE

9  [*Additional Counsel Listed On The Next Page*]

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                            **SAN JOSE DIVISION**

14  JARNAIL SINGH DHINDSA,                 Case No.  5:15-cv-05233-LHK

15              Plaintiff,                 **NOTICE OF SETTLEMENT AND
                                           REQUEST TO CONTINUE CASE**
16         v.                              **MANAGEMENT CONFERENCE;
                                           [*PROPOSED*] ORDER**
17  AVIS BUDGET GROUP, INC.;
    AMERICAN CASUALTY COMPANY              Assigned to the Honorable Lucy H. Koh
18  OF READING, PENNSYLVANIA; FORD
    MOTOR COMPANY; DAVE
19  MCMILLAN; ANNA LIVERMORE; and
    DOES 1-20, inclusive,
20
                Defendants.
21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;
[*PROPOSED*] ORDER

| | |
|---|---|
| 1 | RATTAN DEV S. DHALIWAL, Bar No. 177318 |
|   | rattan@attorneydhaliwal.com |
| 2 | DHALIWAL LAW GROUP, INC. |
|   | 2005 De La Cruz Blvd., Suite 185 |
| 3 | Santa Clara, CA 95050 |
|   | Telephone:    408.988.7722 |
| 4 | Fax No.:        408.988.3345 |
| 5 | Attorneys for Plaintiff |
|   | JARNAIL SINGH DHINDSA |
| 6 | |
|   | EDWARD JAMES TAFE, Bar No. 175888 |
| 7 | edward.tafe@cna.com |
|   | ELENIUS FROST & WALSH |
| 8 | 555 Mission Street, Suite 330 |
|   | San Francisco, CA 94105 |
| 9 | Telephone:    415.932.7575 |
|   | Fax No.:        415.932.7001 |
| 10 | |
|    | Attorneys for Defendant |
| 11 | AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA |
| 12 | H. GRANT LAW, Bar No. 144505 |
|    | hglaw@shb.com |
| 13 | READE A. BRAMER, Bar No. 294016 |
|    | rbramer@shb.com |
| 14 | SHOOK HARDY & BACON LLP |
|    | One Montgomery Street, Suite 2700 |
| 15 | San Francisco, CA 94104-4505 |
|    | Telephone:    415.544.1900 |
| 16 | Fax No.:        415.391.0281 |
| 17 | Attorneys for Defendant |
|    | FORD MOTOR COMPANY |

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [*PROPOSED*] ORDER

**TO THE COURT:**

In accordance with the Court's Standing Order and the instruction of this Court, the parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled by way of mediation as of May 13, 2016.

The parties request that they be given up to thirty (30) days from today's date in which to document the terms of the settlement and to file a Joint Stipulation of Dismissal with Prejudice of the Lawsuit.

Therefore, the Parties, by and through their counsel of record, hereby stipulate and agree, and jointly request an Order of the Court, as follows:

1. That the Case Management Conference set for June 15, 2016 be continued for thirty (30) days to July 15, 2016;

2. That the Joint Case Management Statement deadline of June 13, 2016 be waived.

**IT IS SO STIPULATED.**

Dated: June 13, 2016

/s/ Rattan Dev S. Dhaliwal
RATTAN DEV S. DHALIWAL
DHALIWAL LAW GROUP, INC.

Attorneys for Plaintiff
JARNAIL SINGH DHINDSA

Dated: June 13, 2016

PATRICK H. HICKS
SANDRA J. MCMULLAN
AMANDA N. FU
LITTLER MENDELSON, P.C.

Attorneys for Defendants
AVIS BUDGET GROUP, INC., DAVE MCMILLAN AND ANNA LIVERMORE

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [*PROPOSED*] ORDER

Dated: June 13, 2016

EDWARD JAMES TAFE
ELENIUS FROST & WALSH

Attorneys for Defendant
AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA

Dated: June 13, 2016

*/s/ H. Grant Law*                                                
H. GRANT LAW
READE A. BRAMER
SHOOK HARDY & BACON LLP

Attorneys for Defendant
FORD MOTOR COMPANY

**Attestation re: Electronic Signatures**

I, SANDRA J. MCMULLAN, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 13, 2016

SANDRA J. MCMULLAN

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [*PROPOSED*] ORDER

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED THAT:**

1. The Case Management Conference set for June 15, 2016 is continued ~~for thirty (30) days to July 13, 2016;~~ to August 3, 2016, at 2:00 p.m.

2. The Joint Case Management Statement deadline of June 13, 2016 is hereby waived. The parties shall file a Joint Case Management Statement by July 27, 2016.

3. The parties shall file their joint stipulation of dismissal with prejudice by July 13, 2016. Upon the filing of the parties' joint stipulation of dismissal, the Court will vacate the case management conference.

IT IS SO ORDERED.

Date: June 13, 2016

_____
HONORABLE LUCY H. KOH
United States District Court Judge

Firmwide:140946156.1 035682.1139

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4.

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER